**534**

GUNTER EXTERMINATING
CO., Respondent,

v.

L. Fay OVERFIELD, Appellant.

No. WD 42331.

Missouri Court of Appeals,
Western District.

June 26, 1990.

Motion for Rehearing and/or Transfer to
Supreme Court Denied July 31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

Fay Overfield, Kansas City, pro se.

Charles W. Fairchild of Fairchild Stang
Beal Barber & Sanders, P.C., Kansas City,
for respondent.

Before MANFORD, P.J., and
KENNEDY and ULRICH, JJ.

ORDER

PER CURIAM:

Direct appeal from a judgment awarding
payment for services pursuant to a con-
tract and denial of a counterclaim.

Judgment affirmed. Rule 84.16(b).

Jesus LOPEZ, Appellant,

v.

STATE of Missouri, Respondent.

No. WD 42803.

Missouri Court of Appeals,
Western District.

June 26, 1990.

Motion for Rehearing and /or Transfer
to Supreme Court Denied July
31, 1990.

Application to Transfer Denied
Sept. 11, 1990.

David S. Durbin, Appellate Defender,
Anthony C. Cardarella, Asst. Appellate De-
fender, Kansas City, for appellant.

William L. Webster, Atty. Gen., M. Melis-
sa Manda, Asst. Atty. Gen., Jefferson City,
for respondent.

Before NUGENT, C.J., and FENNER
and ULRICH, JJ.

ORDER

PER CURIAM:

Appeal from denial of Rule 27.26 motion
for post-conviction relief without an eviden-
tiary hearing.

Affirmed. Rule 84.16(b).